```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMILLA BROWN                   :        CIVIL ACTION
                                :
     v.                         :
                                :
TRACEY TURK, et al.             :        NO. 07-4028
```

ORDER

AND NOW, this 7th day of May, 2009, upon consideration of the defendants' Motion for Summary Judgment (Docket No. 24), the plaintiff's opposition (Docket No. 28), and the defendants' reply thereto (Docket No. 29), and for the reasons stated in the memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.